IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

J.A., MOTHER OF J.R., A CHILD,

      Appellant,

                                Case No. 5D21-2838
v.                               LT Case No. 2015-DP-000026

DEPARTMENT OF CHILDREN
AND FAMILIES,

      Appellee.
_____/
Decision filed May 18, 2022

Appeal from the Circuit Court
for Osceola County,
Daniel Dawson, Judge.

Samuel T. Lea, of Law Office of Samuel T. Lea,
Orlando, for Appellant.

Kelley Schaeffer, of Children's Legal Services,
Bradenton, for Appellee, Department of Children
and Families.

Sara Elizabeth Goldfarb, Statewide Director of
Appeals, and Amanda Victoria Glass, Senior
Attorney, of Guardian ad Litem Office, Tallahassee,
for Guardian Ad Litem Program.

PER CURIAM.

      AFFIRMED.

LAMBERT, C.J., EISNAUGLE and WOZNIAK, JJ., concur.